# Notice Recipients

District/Off: 0970−2   User: Irishl   Date Created: 8/20/2020
Case: 2:19−ap−00171−BKM   Form ID: rul16cor   Total: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
pla      Laney Sweet

                                TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty      ALAN S. BASKIN      alan@baskinrichards.com
aty      JOHN R. WORTH      jrw@forresterandworth.com
aty      WILLIAM A RICHARDS      brichards@baskinrichards.com

                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft      Philip Mitchell Brailsford      9533 E. Olla Circle      Mesa, AZ 85212
dft      Corinne Elizabeth Brailsford      9533 E. Olla Circle      Mesa, AZ 85212
aty      Shayna Stuart      Baskin Richards PLC      2901 N. Central Avenue      Suite 1150      Phoenix, AZ 85012
aty      William Richards      Baskin Richards PLC      2901 N. Central Avenue      Suite 1150      Phoenix, AZ 85012
ust      U.S. TRUSTEE      OFFICE OF THE U.S. TRUSTEE      230 NORTH FIRST AVENUE      SUITE 204      PHOENIX, AZ 85003

                                TOTAL: 5