# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | PHILIP MITCHELL & CORINNE ELIZABETH BRAILSFORD |
| **Case Number:** | 2:19-BK-00802-BKM    **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 06, 2020 11:00 AM   TELEPHONIC HRGS |
| **Bankruptcy Judge:** | BRENDA K. MARTIN |
| **Courtroom Clerk:** | ELIZABETH PASCUA |
| **Reporter / ECR:** | N/A |

### Matter:

ADV: 2-19-00171

LANEY SWEET vs PHILIP MITCHELL BRAILSFORD & CORINNE ELIZABETH BRAILSFORD

SCHEDULING CONFERENCE

R / M #:   50 / 0

### Appearances:

SHAYNA STUART, ATTORNEY FOR LANEY SWEET, ET AL
JOHN R. WORTH, ATTORNEY FOR PHILIP MITCHELL BRAILSFORD, CORINNE ELIZABETH BRAILSFORD

### Proceedings:

COURT: THE COURT INFORMS THE PARTIES IT REVIEWED THE PARTIES' RULE 26 STATEMENT.

Mr. Worth responds to the Court's questions. He has nothing to add.

COURT: THE COURT UNDERSTANDS THE PARTIES ARE REQUESTING MATTERS BE STAYED 30 DAYS FROM THE EARLIER OF EITHER THE ENTRY OF A FINAL ORDER IN THE DISTRICT COURT BEFORE JUDGE SNOW OR THE WRITTEN NOTICE OF EITHER PARTY ASKING FOR A RULE 16 CONFERENCE.

Mr. Worth states the Court is correct.

Ms. Stuart responds to the Court's questions. She has nothing to add.

COURT: THE COURT WILL STAY THE PROCEEDINGS PURSUANT TO THE PARTIES' AGREEMENT. THE COURT NOTES A FORM OF ORDER WAS LODGED. THE COURT WILL REVIEW THE ORDER. IT IS ORDERED STAYING THE PROCEEDINGS UNTIL 30 DAYS AFTER THE EARLIER OF EITHER JUDGE SNOW'S RULING IN THE PROCEEDINGS BEFORE HIM OR UPON THE REQUEST OF EITHER PARTY. THE COURT DIRECTS THE PARTIES TO NOTIFY THIS COURT WHEN THE RULING OCCURS.